UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 26-10939-RGS

LORENZO TORRES

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCMENT

ORDER

March 27, 2026

STEARNS, D.J.

On February 20, 2026, Petitioner Lorenzo Torres, an inmate at Federal Medical Center Devens, was ordered to (1) either pay the $5.00 filing fee or file a motion to proceed *in forma pauperis* accompanied by a certified prison account statement and (2) file a petition for writ of habeas corpus under 28 U.S.C. § 2241. Doc. No. 3.

On March 6, 2026, Torres filed a motion in response to judgment. Doc. No. 5. Torres complains that he is being denied the ability to earn credits under the First Step Act. *Id.* He also seeks a copy of the final order of removal which he understands is preventing him from maintaining such credits. *Id.*

Torres has not filed a habeas petition and has not addressed the $5.00 filing fee for this action. In light of his *pro se* status and the present stage of the litigation, he will be granted an extension of time to (1) file a habeas

petition and (2) either pay the $5.00 filing fee or file a motion to proceed in forma pauperis accompanied by a certified prison account statement.

Accordingly, it is hereby ordered:

1. If petitioner wishes to proceed with a habeas action, within 35 days of the date of this Order, petitioner must (1) either pay the $5.00 filing fee or file a motion to proceed *in forma pauperis* accompanied by a certified prison account statement, (2) and file a petition for writ of habeas corpus.

2. Failure of petitioner to timely comply with these directives will result in the dismissal of this action without prejudice.

3. The Clerk shall provide petitioner with (1) an Application to Proceed in District Court Without Prepaying Fees or Costs and (2) a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.

SO ORDERED.

 /s/ Richard G. Stearns                        .
UNITED STATES DISTRICT JUDGE

2